# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA GONZALEZ FLAVELL<br>1207 Alps Drive<br>McLean, Virginia 22102<br><br>    **Plaintiff,**<br><br>v.<br><br>REBECCA PATTERSON COLLIER<br>708 Carnoustie Lane<br>Fort Washington, Maryland 20744<br><br>and<br><br>REED GROUP, LTD.<br>10355 Westmoor Drive<br>Westminster, CO 80021<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 1:20-CV-00959<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendants, Rebecca Patterson Collier and Reed Group, Ltd. (together, the "Defendants"), file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  Defendants seek removal of Civil Case No. 2020 CA 001378 B from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia. Removal of this action is proper for the following reasons:

### I.  COMMENCEMENT AND SERVICE

1. On February 26, 2020, Plaintiff Sara Gonzalez Flavell ("Plaintiff") filed a Complaint against Defendants in the Superior Court for the District of Columbia at Civil Case No. 2020 CA 001378 B ("Complaint").  A true and correct copy of the Summons and Complaint are attached hereto as **Ex. A**.

2. On March 23, 2020, Plaintiff served Defendant Reed Group Ltd. with the Complaint. A true and correct copy of the Notice of Service of Process is attached hereto as **Ex. B**.

3. On or about the same day, Plaintiff served Defendant Rebecca Patterson Collier with the Complaint. A true and correct copy of the Summons is attached hereto as **Ex. C**.

4. This Notice of Removal is timely filed within thirty days of the receipt of the Complaint. *See* 28 U.S.C. § 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (service of process is the official trigger for responsive action).

## II.     GROUNDS FOR REMOVAL

5. Pursuant to 28 U.S.C. §§ 1332, 1441, and 1456, Defendants are entitled to remove the state court action to this Court because the action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with complete diversity of citizenship. *See* 28 U.S.C. § 1332(a) (district courts have original jurisdiction where the matter in controversy: (1) exceeds the sum of $75,000.00, exclusive of costs and interest; and (2) is between citizens of different states).

6. Defendants are also entitled to remove the state court action to this Court because the action includes a claim arising under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1441(c).

## III.    DIVERSITY OF CITIZENSHIP

7. This is an action between parties with complete diversity of citizenship.

8. Diversity of citizenship exists where the matter in controversy is between citizens of different states. *See* 28 U.S.C. §1332(a). A corporation is considered a citizen of any state in which it is incorporated and in which it has its principal place of business. *See* 28 U.S.C. §1332(c).

9. Plaintiff is a resident of the commonwealth of Virginia. (**Ex. A** at 1.)

10. Defendant Rebecca Patterson Collier is a resident of the state of Maryland. (*Id*.)

11. Defendant Reed Group, Ltd. is a private limited company with its principal place of business in the state of Colorado. Colorado is where Reed Group, Ltd.'s officers direct, control and coordinate its business activities. *See, e.g.*, *Hertz Corp. v. Friend*, 559 U.S. 77, 80-81 (2010) ("the phrase 'principal place of business' refers to the place where the corporation's high level officers direct, control, and coordinate the corporation's activities"). A true and correct copy of its Certificate of Good Standing is attached hereto as **Ex. D**.

12. Complete diversity of citizenship exists because all parties are from different states and, therefore, the first prong of 28 U.S.C. § 1332(a) is satisfied.

### IV.     AMOUNT IN CONTROVERSY

13. Under 28 U.S.C. § 1332(a), district courts have original jurisdiction where the matter in controversy exceeds the sum of $75,000.00, exclusive of costs and interest.

14. The Complaint alleges that Defendants are liable in an amount exceeding $500,000.00. (Ex. A at 22, 23.)

### V.     FEDERAL QUESTION

15. Under 28 U.S.C. § 1441(c), district courts have original jurisdiction where an action includes a claim arising under the Constitution, laws, or treaties of the United States.

16. The Complaint includes a claim under the federal Healthcare Insurance Portability and Accountability Act of 1996. (**Ex. A** at 18, 19.)

## VI.   VENUE

17.   Venue properly lies in the United States District Court for the District of Columbia because Plaintiff filed the state court action in this judicial district and division.  *See* 28 U.S.C. §§ 1441, 1446.

## VII.   NOTICE

18.   Defendants will give notice of the filing of this Notice of Removal to all parties of record.  Defendants will also file with the clerk of the state court a notice of the filing of this Notice of Removal.

## VIII.   STATE COURT PLEADINGS

19.   The Complaint and corresponding Summons are attached to this Notice of Removal. (**Ex. A**.) These documents are the only items filed with the state court, and Defendants attach and incorporate them by reference as true copies.

## IX.   PRAYER

WHEREFORE, pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendants Rebecca Patterson Collier and Reed Group, Ltd. file this Notice of Removal with the United States District Court for the District of Columbia, and hereby seek to remove this action from the Superior Court for the District of Columbia.

Dated:  April 13, 2020                    Respectfully submitted,

/s/ *Brian A. Scotti*
Brian A. Scotti, Esq. (Bar No. 497125)
Jeremy D. Camacho, Esq. (Bar No. 1034407)
GORDON REES SCULLY MANSUKHANI, LLP
1101 King Street, Suite 520
Alexandria, VA 22314
T: (202) 399-1009
F: (202) 800-2999

E: bscotti@grsm.com
E: jcamacho@grsm.com

*Counsel for Defendants, Rebecca Patterson Collier and Reed Group, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2020, I sent a copy of the foregoing via U.S. Mail:

Sara Gonzalez Flavell
1207 Alps Drive
McLean, VA 22102

*Pro se Plaintiff*

/s/ *Brian A. Scotti*
Brian A. Scotti, Esq.